# EPSTEIN & WEIL LLC

ATTORNEYS AT LAW                                                                                           (212) 732-4888

225 Broadway                                                                                               LLOYD EPSTEIN
New York, NY 10007                                                                                         JUDITH H. WEIL

September 18, 2020

**ECF** and EngelmayerNYSDChambers@nysd.uscourts.gov
Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                      **Re:  United States v. Dwayne Conley**
                            **Dkt. No. 19-Cr-131 (PAE)**

Dear Judge Engelmayer:

      On behalf of Mr. Conley, I request that the trial be adjourned to January, 2021. The Government does not oppose an adjournment to the first quarter of 2021. We have conferred with counsel for Mr. Rivera, and have been informed that they are not in a position to consent to our request given Mr. Rivera's desire to exercise his right to a speedy trial.

                                      Sincerely,

                                        *Lloyd Epstein*

                                        Lloyd Epstein

LE:pc
Enc.

cc.  All Counsel
    (Via Email)

    Mr. Dwayne Anthony Conley