UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DWAYNE ANTHONY CONLEY,<br><br>                              Defendant. | 19-CR-131-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a bail application from defendant Dwayne Anthony Conley (Dkt. No. 664). The Court directs the Government to file its response by the close of business on Friday, **January 22, 2021.**

SO ORDERED.

                                                                    _____
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: January 19, 2021
           New York, New York