UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DWAYNE ANTHONY CONLEY,

                Defendant.

19-CR-131-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court appointed Samuel Gregory, Esq., and Zachary Taylor, Esq., both members of the District's CJA Panel, to represent defendant Dwayne Anthony Conley. This appointment is effective, *nunc pro tunc*, to January 24, 2021.

SO ORDERED.

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: January 27, 2021
       New York, New York