# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

March 3, 2021

*By ECF and Email*

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
    United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *U.S. v. Dwyane Anthony Conley*, 19 CR 131-03 (PAE)**

Dear Judge Engelmayer:

On behalf of Dwayne Anthony Conley, I respectfully request that the Court order the MCC to continue providing Mr. Conley with 10 hours weekly of videoconference time through and including the week beginning on Monday, March 15, 2021.

On January 6, 2021, the Court ordered the MCC to provide both remaining defendants 10 hours weekly of videoconference time up through and including February 19, 2021. (*See* ECF Doc. 653 at 10-11). Earlier today, the government brought it to our attention that the original order had expired and informed defense counsel that the MCC would continue to provide VTCs through the end of this week. The expanded access to our client has been extremely useful to Mr. Gregory and me, who are still new to the case, and an additional two weeks would be just as helpful. In essence, we are squeezing meetings that would have occurred over many months into a period of weeks.

The government informs me that it does not oppose this request.

Respectfully,

*Zachary Taylor*

Zachary Taylor

cc:    Rushmi Bhaskaran, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 713.

3/4/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge