UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                             19-CR-131-03 (PAE)

DWAYNE ANTHONY CONLEY,                 SCHEDULING ORDER

                      Defendant.

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

         The Court schedules a change of plea hearing in this case for **March 11, 2021** at **2:30 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference, the parties should call 888-363-4749 and use access code 468-4906.

         SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 5, 2021
            New York, New York