# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

July 2, 2021

*By ECF and Email*

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
    United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *U.S. v. Dwyane Anthony Conley*, **19 CR 131-03 (PAE)**

Dear Judge Engelmayer:

    I represent Dwayne Conley in the above referenced case. I am writing to respectfully request a one-month adjournment of Mr. Conley's sentencing date, which is currently scheduled for July 22, 2021 at 10:30 a.m. This is the first request for an adjournment of Mr. Conley's sentencing date.

    The reason for the request is that the psychiatrist whom we have retained to evaluate Mr. Conley has had some difficulty scheduling an in-person meeting with Mr. Conley at the MCC. He is now scheduled to meet with Mr. Conley next week. We would like an additional month to provide the psychiatrist sufficient time to prepare his report.

    The government has no objection to this request.

Respectfully,

*/s/ Zachary Taylor*

Zachary Taylor

.

---

**GRANTED.** Sentencing is adjourned to **August 25, 2021** at **10:30 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906. The parties shall file their sentencing submissions in accordance with the Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 868.

7/2/2021

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge