UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-v-                                 :           19-CR-131-03 (PAE)
:
DWAYNE ANTHONY CONLEY,                             :           SCHEDULING ORDER
:
Defendant.            :
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **August 25, 2021** at **10:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

SO ORDERED.

                                                           _Paul A. Engelmayer_
                                                            PAUL A. ENGELMAYER
Dated: August 19, 2021                                      United States District Judge
       New York, New York