UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DWAYNE ANTHONY CONLEY,

Defendant.

19-CR-131-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Judge Engelmayer regrettably must adjourn tomorrow's sentencing, to attend a funeral outside of New York City for a friend who passed away this morning. The Court regrets the inconvenience to the parties and counsel. The Court's deputy will be in touch with counsel to arrange a new sentencing date, including to determine whether sentencing can occur on Thursday, August 25, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 24, 2021
       New York, New York