UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DWAYNE ANTHONY CONLEY,<br><br>                      Defendant. | 19-CR-131-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court reschedules Mr. Conley's sentencing for Friday, September 10, 2021, at 11:00 a.m. To assist the Court in preparing for sentencing, the Court directs counsel, by the close of business on September 7, 2021, to file a joint letter on the docket of this case identifying any factual disputes which either party regards as potentially material to sentencing. These should include, inter alia, disputes as to facts set out in the PSR or disputes as to facts contained in letters from third parties submitted in connection with sentencing, e.g., the letter recently submitted by the mother of a victim.

      SO ORDERED.

Dated: August 24, 2021
       New York, New York

                                          PAUL A. ENGELMAYER
                                          United States District Judge