UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DWAYNE ANTHONY CONLEY,

Defendant.

19-CR-131-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Defendant Dwayne Anthony Conley has filed, *pro se*, a motion objecting to the payment plan imposed with respect to his restitution obligations. Dkt. 1009. The Court directs the Government to respond by letter to this motion. The Government's response is due **December 8, 2023**. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2023
New York, New York