UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-131-03 (PAE) |
| -v- | ORDER |
| DWAYNE ANTHONY CONLEY, | |
| Defendant. | |

---

PAUL A. ENGELMAYER, District Judge:

On December 18, 2023, the Court issued an order denying a *pro se* motion by defendant Dwayne Anthony Conley asking the Court to modify the restitution payments the Bureau of Prisons ("BOP") has ordered him to make pursuant to the BOP's Financial Responsibility Plan. Dkt. 1012. The Court has since received and docketed a *pro se* submission from Conley, dated December 18, 2023. Dkt. 1013. Conley's submission is styled as a reply to the Government's December 8, 2023 opposition to Conley's motion, Dkt. 1011. Conley's reply is not responsive to and does not address the Court's order of December 18. Having reviewed Conley's reply, the Court finds no basis to disturb its order of December 18. The Clerk of Court is respectfully directed to terminate the motion pending at docket 1009 and to mail a copy of this order to the defendant at the address below:

    Dwayne Anthony Conley
    Reg. No. 86700-054
    F.C.I. Otisville
    P.O. Box 1000
    Otisville, NY 10963

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: January 18, 2024
       New York, New York